UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARIUS ISHUN GREEN,

Plaintiff,

v.                                6:14-cv-46

WARDEN BRAD HOOKS, et al.,

Defendants.

## ORDER

Plaintiff Darius Green has filed a motion to consolidate this case with another case, *Darius Ishun Green v. Charles Calhoun, et al.*, 6:14-cv-103. ECF No. 31.

Federal Rule of Civil Procedure 42 permits the consolidation of actions before the court if they involve a common question of law or fact. Fed. R. Civ. P. 42(a). The Eleventh Circuit has encouraged trial courts to make use of Rule 42(a) "'in order to expedite the trial and eliminate unnecessary repetition and confusion.'" *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (quoting *Dupont v. S. Pac. Co.*, 366 F.2d 193, 195 (5th Cir. 1966)).

After examining each of the complaints filed, the Court finds that the alleged facts are the same, and it appears that the cases will involve the same issues of law. Thus, consolidating these actions would eliminate unnecessary repetition and confusion, particularly during discovery. In addition, both parties consent to the consolidation of these cases. ECF No. 31 at 4.

Therefore, the Court *GRANTS* Green's motion to consolidate, ECF No. 31. The clerk is *DIRECTED* to consolidate this case, 6:14-cv-46, with Green's other action, 6:14-cv-103.

This ⁄⁄ day of November 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA