IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DARIUS ISHUN GREEN, | * | |
| Plaintiff, | * | |
| v. | * | CV 614-046 |
| WARDEN BRAD HOOKS, et al., | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff's motion to stay the case until the Court resolves a motion to consolidate and two motions to compel. (Doc. 33.) The Court ruled on the motion to consolidate on November 4, 2014. (Doc. 38.) The two motions to compel are still pending. (Docs. 29 & 30.) However, on November 17, 2014, Plaintiff filed a consent motion to stay discovery (doc. 46), seeking the same relief as the first motion to stay (doc. 33) and representing that a ruling on the consent motion (doc. 46) would moot Plaintiff's previously-filed request. (Doc. 46 at ¶ 3.) On December 16, 2014, the Magistrate Judge granted the motion to stay. (Doc. 61.) In light of the Magistrate Judge's Order and the prior ruling on the motion to consolidate, Plaintiff's motion for a stay (doc. 33) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA