# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| DARIUS ISHUN GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV614-046 |
| ) | (consolidated with CV614-103) |
| WARDEN BRAD HOOKS, ) | |
| DEPUTY WARDEN JOHN BROWN, ) | |
| LIEUTENANT TORIE GRUBBS, and ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 17, 2015 the Court decided several outstanding discovery motions in this 42 U.S.C. § 1983 case and ordered the parties to confer and propose a new scheduling order by July 27, 2015. *See* doc. 85 at 18. Although three days late, the parties complied. *See* doc. 86 (filed July 30, 2015). Citing the large number of defendants and witnesses in this case, as well as the status of discovery when it was stayed pending the Court's decision on the discovery motions (it wasn't very far along), they jointly request: (1) a January 15, 2016 discovery deadline, and lifting of the current discovery stay (doc. 61); (2) a September 30, 2015 defense expert

report deadline; (3) the continuance of the "Agreed Protective Order" (doc. 21); and (4) a September 15, 2015 deadline for defendants to respond to plaintiff's additional interrogatories. Doc. 86 at 2-6.

The Court granted the first three requests when it issued a new scheduling order on August 3, 2015. *See* doc. 89. It discerns no reason to deny request four either, so that too is **GRANTED**. Defendants have until September 15, 2015 to respond to plaintiff's additional interrogatories.

**SO ORDERED** this  5th  day of August, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA