IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARIUS GREEN,

    Plaintiff,

v.

BRAD HOOKS, et al.,        6:14-cv-46

    Defendants.

O R D E R

Presently before the Court is Plaintiff's third motion for an extension of discovery. Previously, the Court granted a requested discovery extension until March 31, 2016, and again until May 16, 2016 in light of medical hardship in Plaintiff's counsel's family. In the meantime, two other attorneys appeared on Plaintiff's behalf. Nevertheless, Plaintiff's motion indicates that Mario Williams remains lead counsel in the case and explains that the other attorneys are not capable of conducting depositions without Mr. Williams. According to the motion, Mr. Williams intended to return to work on May 16th. Plaintiff seeks a 45-day discovery extension that would allow Mr. Williams to conduct the remaining depositions.

Defendants oppose Plaintiff's motion, and, in the event the Court does extend discovery, request that Plaintiff be limited to thirty additional days of discovery, fifteen additional depositions, and be required to file a deposition list with the Court. Finally, in their opposition brief and in a separate motion, Defendants request an

extension of the deadline for filing dispositive motions. (Docs. 112 at 11, 113 ¶¶ 3-4.)

It concerns the Court that discovery in a case pending for so long has progressed so little. The Court understands that at least the recent delays are due to family medical hardships. But the failure to identify who needs to be deposed strikes the Court as avoidable via diligent discovery during 2015.

Nevertheless, upon due consideration, the Court **GRANTS** Plaintiffs' motion to extend discovery (Doc. 110) and Defendants' motion to extend the civil motion deadline (Doc. 113) and accordingly **ORDERS** the following deadlines in this case:

CLOSE OF DISCOVERY                                       July 18, 2016

LAST DAY FOR FILING CIVIL MOTIONS                        August 18, 2016
INCLUDING *DAUBERT* MOTIONS, but
EXCLUDING MOTIONS IN LIMINE

Further, the Court **ORDERS** that discovery is limited to taking depositions of Defendants, Joel Lamont Reid, James Wesley Cox, Steve Wesley Chrysler, and Defendants' two experts. No other individuals may be deposed and no written discovery may occur. Finally, the Court emphasizes that <u>no further discovery extensions will be granted</u>.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
~~SOUTHERN~~ DISTRICT OF GEORGIA

2