IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARIUS GREEN,

    Plaintiff,

v.

BRAD HOOKS, et al.,                  6:14-cv-46

    Defendants.

## ORDER

Presently before the Court is Defendant's motion to exclude Joel Lamont Reid as a witness in this case or, in the alternative, to take his deposition outside the close of discovery. (Doc. 118.) The parties' briefing on this motion indicates that Reid was hospitalized during a previous attempt to take his deposition. According to Plaintiff, Reid has been discharged from the hospital and may be made available for deposition on July 27, 2016.

Upon due consideration, the Court **GRANTS** Defendant's motion **IN PART**. Defendant shall be permitted to depose Reid outside the close of discovery on July 27, 2016, or another date of the parties' choosing. During briefing on this motion, the parties requested an extension of the civil-motion deadline. The Court **GRANTS** this request and **EXTENDS** the deadline as follows:

    LAST DAY FOR FILING CIVIL MOTIONS        August 26, 2016
    INCLUDING *DAUBERT* MOTIONS, but
    EXCLUDING MOTIONS IN LIMINE

Besides Defendant's deposition of Reid, discovery remains closed in this case.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA