IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DARIUS GREEN, | * | |
| Plaintiff, | * | |
| v. | * | |
| BRAD HOOKS, et al., | * | 6:14-cv-46 |
| Defendants. | * | |

## ORDER

Presently before the Court is the parties' "Stipulation to Dismiss All Claims against Certain Named Parties with Prejudice." (Doc. 127). Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims by Plaintiff against Defendants Charles Calhoun, Brad Westberry, John Jordan, Wayne Cook, Christopher Gay, Officer Mark Smith, C.O. II Terry Calhoun, Jermaine Calhoun, Cynthia Calhoun, Jettie Calhoun, Shawn Calhoun, Benjamin Mourad, Bashan McIntosh and John Doe. Each party shall bear its own costs and fees with respect to these Defendants.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA