# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| DARIUS ISHUN GREEN<br>Plaintiff, | *<br>*<br>* |
| v. | *<br>* CV 6:14-00046 |
| BRAD HOOKS et al.,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>* |

## ORDER

Presently before the Court is Plaintiff's Second Consent Motion to Extend the Response Time to Defendants' Motion for Summary Judgment and Motion to Exclude Expert Testimony. (Doc. 137.) By this Court's count, Plaintiff has now filed seven motions for an extension of time over the course of this litigation. (Docs. 16, 44, 93, 100, 110, 135, 137.) Plaintiff's counsel consistently cites the "volume of material to be reviewed" (docs. 93, 110, 135, 137); his "current workload include[ing] 25 cases in which he is lead or sole attorney" (docs. 135, 137); his "upcoming Oral Argument before the Eleventh Circuit Court of Appeals" (docs. 93, 135, 137); and his extensive out of state travels (docs. 100, 110, 135, 137). In every motion Plaintiff puts forward seemingly compelling reasons for his request, and in almost every case Defendants consent. This Court has graciously granted all of Plaintiff's requests. <u>Reluctantly</u>, it does so one more time.

The Court stresses, however, that future requests made by Plaintiff for an extension of time on other issues will be viewed in light of the numerous demands made upon this Court, and opposing counsel, over the course of this litigation. Plaintiff's counsel has a responsibility to his clients and opposing counsel to manage his case load so that he can timely meet deadlines established for the efficient resolution of disputes. If Plaintiff's counsel has bitten off more than he can chew, it is his responsibility to obtain additional help so that he can meet his obligations.

Upon due consideration, the Court **GRANTS** Plaintiff's motion for an extension of time (doc. 137) but **REJECTS** Plaintiff's proposed date and replaces it with an earlier one. The Plaintiff shall file his response to Defendants' motion for summary judgment and motion to exclude expert testimony by **FRIDAY, OCTOBER 28, 2016, at 5 p.m.** <u>The Court will grant Plaintiff no additional extensions to file these responses.</u>

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2