# United States District Court
## Southern District of Georgia

DARIUS ISHUN GREEN

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV614-046

BRAD HOOKS, ET AL.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 21, 2017, the Court GRANTS Defendants' motion for summary judgment. Therefore, judgment is hereby ENTERED in favor of the Defendants and this civil action stands CLOSED.

March 21, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk