# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **DARIUS ISHUN GREEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 6:14-cv-046-JRH-GRS |
| ) | Consolidated with |
| **BRAD HOOKS,** *et al.*, ) | 6:14-CV-103-JRH-GRS |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Plaintiff, Darius Ishun Green, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order (ECF 173) entered in this action on March 21, 2017, granting Defendants' Motion for Summary Judgment.

Respectfully submitted this 20th day of April 2017,

                                         s/MARIO WILLIAMS
                                         Mario Williams
                                         Georgia Bar No. 235254
                                         *Attorney for Plaintiff*

**WILLIAMS OINONEN, LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
404-654-0288/404-592-6225 FAX
mario@goodgeorgialawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

Respectfully submitted this 20th day of April 2017,

s/MARIO WILLIAMS
Mario Williams
Georgia Bar No. 235254
*Attorney for Plaintiff*

**WILLIAMS OINONEN, LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
404-654-0288/404-592-6225 FAX
mario@goodgeorgialawyer.com